Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE D. CASHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 08-02626 RZ<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Lawrence D. Rohlfing, as Plaintiff's assignee ~~and subject to the reservation of rights,~~ the amount of $3,600.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: February 24, 2009

_____
THE HONORABLE RALPH ZAREFSKY,
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING

3 |     /s/ Lawrence D. Rohlfing
    _____

4 | Lawrence D. Rohlfing
Attorney for plaintiff Ms. Charmaine D. Cashaw